BEFORE THE FIRST DIVISION, FEBRUARY 10, 1965

No. 69071.—Polk's Model Craft Hobbies, Inc. v. United States, protests 63/22752, 63/19702, and 63/21485 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 69072.—A. C. Gilbert Co. and Milton Snedeker Corp. et al. v. United States, protests 64/170, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.